# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **RICKY ACEY, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | **5:05-CV-155 (WDO)** |
| | : | |
| **CITY OF THOMASTON, GEORGIA,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

This matter is before the Court on the Defendant's motion to compel discovery. Having heard no response thereto from the Plaintiffs, and good cause having been shown by the Defendant, the Motion to Compel is GRANTED. Plaintiffs shall so respond to the discovery requests and provide their initial disclosures NO LATER THAN 10 days from the date of this order. Further, Plaintiffs are HEREBY ORDERED TO SHOW CAUSE NO LATER THAN 10 days from the date of this order why attorney's fees and costs should not be granted to the Defendant's for this matter. Defendant may respond 10 days thereafter and Plaintiffs may reply 5 days after any response is filed by the Defendant.

**SO ORDERED this 15th day of March 2006.**


**S/ WILBUR D. OWENS, JR.**
**UNITED STATES DISTRICT JUDGE**