IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICKY ACEY, et al.,** : | |
| **Plaintiffs** : | |
| : | |
| vs. : | 5:05cv155 (WDO) |
| : | |
| **CITY OF THOMASTON,** : | |
| **Defendant** : | |

## O R D E R

The court has been advised by counsel for the parties that the above action has been settled; the settlement agreement of the parties is hereby adopted and made the order of the court. Jurisdiction is retained to enforce said agreement.

**IT IS THEREFORE ORDERED** that the action be dismissed without costs other than those due this court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**IT IS FURTHER ORDERED** that the clerk of this court serve copies of this order by United States mail upon the attorneys of record for the parties appearing in this case.

**SO ORDERED**, this 31st day of October, 2006.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE